1  EZEKIEL E. CORTEZ
2  California State Bar # 112808
   The Executive Complex
3  1010 Second Avenue, Suite 1850
4  San Diego, California  92101
   (619) 237-0309
5  Email: www.lawforjustice@aol.com

6

7              **THE UNITED STATES DISTRICT COURT**
            **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
8              **(THE HONORABLE PETER C. LEWIS)**

9  United States of America,          ) Case No. 08-CR-8676
                                      )
10            Plaintiff,              ) **PROOF OF SERVICE**
                                      )
11       vs.                          )
                                      )
12  MIGUEL SERVIN-ESPINOZA            )
                                      )
13            Defendant,             )
                                      )
14                                    )
                                      )
15  _____ )

16  I, the undersigned, hereby declare as follows:

17     1.  I am over 18 years of age, a resident of the County of San Diego, State of California,
           counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850,
18         San Diego, CA 92101;

19
       2.  That today I served the Motion for Substitution of Attorney on opposing counsel by
20         causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy
21         to Defendant.
       I declare under penalty of perjury that the foregoing is true and correct.
22

23
   Dated: August 18, 2008                          /S/Ezekiel E. Cortez_____
24                                                  Ezekiel E. Cortez

25

26

27

28

29

30

_____

*Motion for Substitution of Attorney, U.S. v. Servin-Espinoza,* **08CR-8676**

**1**