Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel  (619)237-0309 Fax (619)237-8052

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE PETER C. LEWIS)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08MG-8676 |
| Plaintiff, ) | |
| vs. ) | **MOTION FOR** |
| ) | **SUBSTITUTION OF ATTORNEY** |
| MIGUEL ANGEL SERVIN- ) | |
| ESPINOZA, ) | |
| Defendant, ) | |

The undersigned hereby agree that Ezekiel E. Cortez, Esq., shall be substituted as counsel for defendant, Miguel Angel Servin-Espinoza, and that Mark F. Adams, shall be relieved as counsel in the above-captioned case.

Dated: 8-15-08

_Miguel A. Servin .C_
MIGUEL ANGEL SERVIN-ESPINOZA
Defendant

Dated: 8-15-08

EZEKIEL E. CORTEZ, Esq.

Dated: Aug 18, 08

MARK F. ADAMS, Esq.

**IT IS SO ORDERED.**

Dated: _____

HON. PETER C. LEWIS
U.S. Magistrate Court Judge

*Motion for Substitution of Attorney, U.S. v. Servin-Espinoza, 08-MG-8676*

1

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com

## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE PETER C. LEWIS)

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>    vs.<br><br>MIGUEL SERVIN-ESPINOZA<br><br>     Defendant, | ) Case No. 08-CR-8676<br>)<br>) **PROOF OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Motion for Substitution of Attorney on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 18, 2008                              /S/Ezekiel E. Cortez
                                                            Ezekiel E. Cortez

---

*Motion for Substitution of Attorney, U.S. v. Servin-Espinoza,* **08CR-8676**

**1**